UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL HAIRSTON,<br><br>                            Plaintiff,<br><br>   v.<br><br>SCRIPPS HEALTH, INC.,<br><br>                            Defendant. | Case No. 21-cv-0558-BAS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE (ECF No. 31)** |

Having reached a global settlement in the instant proceeding, the parties now move jointly pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss with prejudice this action.

Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required.  *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  A dismissal is without prejudice unless the parties stipulate otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  However, the local civil rules of this district require that where,

as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

Having considered the parties' request, the Court construes the parties' stipulation as a Joint Motion to dismiss this action and **GRANTS** that Joint Motion. (ECF No. 31.) Thus, the Court **DISMISSES WITH PREJUDICE** the action. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: April 8, 2022

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.